**FILED**
October 18, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>                    Plaintiff,           )<br>v.                                                )<br>                                                    )<br>ANTONIA L. BRASLEY,            )<br>                                                    )<br>                    Defendant.       ) | CASE NUMBER: 2:16-cr-00198-JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Antonia L. Brasley</u>; Case <u>2:16-cr-00198 JAM</u> from custody and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $10,000.00, co-signed by defendant's husband Kevin Brasley

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>10/18/2016</u> at 2:25 pm

By _____
Kendall J. Newman
United States Magistrate Judge