MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ANTONIA BRASLEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:16-cr-198 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER ADDING THE NDCA TO |
| | ) DISTRICTS APPROVED FOR TRAVEL |
| | ) |
| ANTONIA BRASLEY, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Kendall J. Newman |

==============================)

Ms. Brasley's special conditions of pre-trial release are found in ECF document 14.  Special Condition 5 limits her travel to the Eastern District of California.  Ms. Brasley's employment requires that she work in the Northern District of California.  AUSA Hales and PTS Gaskins do not object to adding the Northern District of California to Ms. Brasley's approved districts for travel.

The undersigned parties hereby stipulate that the Court amend special condition #5 to read "Your travel is restricted to the Eastern and Northern Districts of California unless otherwise approved in advance by the pretrial services officer."

Dated:  November 21, 2016                    Respectfully submitted,

                                             /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for Antonia Brasley

///

-1-

Dated:  November 21, 2016                     PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ Christopher Hales
                                              CHISTOPHER HALES
                                              Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court amends Special Condition of Pre-Trial Release #5 to read: "Your travel is restricted to the Eastern and Northern Districts of California unless otherwise approved in advance by the pretrial services officer."

Dated:  November 21, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE