1   Bruce Locke (#177787)

2   Moss & Locke

3   4354 Town Center Blvd., #114-59

4   Eldorado Hills, CA 95762

5   916-719-3194

6   Attorneys for Kioni M. Dogan

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES,                         No. 16-CR-0198 JAM

12              Plaintiff,

13        v.                                **STIPULATION AND ORDER
                                            CONTINUING THE STATUS**
14   Kioni M. Dogan, and                    **CONFERENCE SET FOR JANUARY 24,**
     ANTONIA BRASLEY                        **2017 TO MARCH 21, 2017 AT 9:15 A.M.**
15
              Defendants.
16

17

18        IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan

19   and Antonia Brasley, by and through their undersigned defense counsel, and the United States of

20   America, by and through its counsel, Assistant U.S. Attorney Christopher Hales, that the status

21   conference presently set for January 24, 2017 at 9:15 a.m., should be continued to March 21,

22   2017 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from January 24,

23   2017 through March 21, 2017.

24        The reason for the continuance is that defense attorneys need additional time to review the

25   discovery and to conduct investigation. The discovery in this case is more than 2,000 pages and

26   includes a substantial amount of tax documents and information.  Counsel for defendants believe

27   that failure to grant the above-requested continuance would deny counsel the reasonable time

28   necessary for effective preparation through the exercise of due diligence. The exclusion of time is

                                              1

also necessary to ensure continuity of counsel.  Accordingly, the time between January 24, 2017 and March 21, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Hales and Mr. Long have authorized Mr. Locke to sign this pleading for them.

DATED: January 18, 2017                    /s/ Bruce Locke
                                           BRUCE LOCKE
                                           Attorney for Kioni Dogan


DATED: January 18, 2017                    /s/ Bruce Locke
                                           For MICHAEL LONG
                                           Attorney for Antonia Brasley


DATED: January 18, 2017                    /s/ Bruce Locke
                                           For CHRISTOPHER HALES
                                           Attorney for the United States




        The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

        IT IS SO ORDERED.

DATED: 1/18/2017                    /s/ John A. Mendez_____
                                    UNITED STATES DISTRICT COURT JUDGE