MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ANTONIA BRASLEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 16-cr-198 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER ADDING COUNSELING |
| | ) TO THE SPECIAL CONDITIONS OF |
| | ) RELEASE |
| | ) |
| ANTONIA BRASLEY, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Edmund F. Brennan |
| =============================) | |

   Ms. Brasley's special conditions of pre-trial release are found in ECF document 14.  The parties are requesting that the Court add the Special Condition set forth below.  AUSA Hales and PTS Gaskins do not object to adding the new Special Condition.

   The undersigned parties hereby stipulate that the Court amend special condition #12: "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

Dated:  March 29, 2017                                      Respectfully submitted,

                                                            /s/ *Michael D. Long*
                                                            MICHAEL D. LONG
                                                            Attorney for Antonia Brasley

-1-

Dated: March 29, 2017                                          PHILLIP A. TALBERT
                                                                Acting United States Attorney

                                                                /s/ *Christopher Hales*
                                                                CHRISTOPHER HALES
                                                                Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

     The Court adds Special Condition of Pre-Trial Release #12: "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

Dated: March 29, 2017                         _/s/ Edmund F. Brennan_
                                                                EDMUND F. BRENNAN
                                                                UNITED STATES MAGISTRATE JUDGE