1   Bruce Locke (#177787)

2   Moss & Locke

3   4354 Town Center Blvd., #114-59

4   Eldorado Hills, CA 95762

5   916-719-3194

6   Attorneys for Kioni M. Dogan

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES,                          No.  16-CR-0198 JAM

12               Plaintiff,

13        v.                                 **STIPULATION AND ORDER**
                                             **CONTINUING THE STATUS**
14   KIONI M. DOGAN, and                     **CONFERENCE SET FOR AUGUST 29,**
     ANTONIA BRASLEY                         **2017 TO OCTOBER 24, 2017 AT 9:15 A.M.**
15
               Defendants.
16

17

18        IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan

19   and Antonia Brasley, by and through their undersigned defense counsel, and the United States of

20   America, by and through its counsel, Assistant U.S. Attorney Christopher Hales, that the status

21   conference presently set for August 29, 2017 at 9:15 a.m., should be continued to October 24,

22   2017 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from August 29,

23   2017 through October 24, 2017.

24        The reason for the continuance is that defense attorneys need additional time to review the

25   discovery and to conduct investigation. The discovery in this case is more than 3,000 pages and

26   includes a substantial amount of tax documents and information.  Counsel for defendants believe

27   that failure to grant the above-requested continuance would deny counsel the reasonable time

28   necessary for effective preparation through the exercise of due diligence. The exclusion of time is

                                                1

1   also necessary to ensure continuity of counsel.  Accordingly, the time between August 29, 2017

2   and October 24, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18,

3   States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties

4   stipulate that the ends of justice served by granting this continuance outweigh the best interests of

5   the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Hales and Mr.

6   Long have authorized Mr. Locke to sign this pleading for them.

7   DATED: August 17, 2017              /s/ Bruce Locke
                                        BRUCE LOCKE
8                                       Attorney for Kioni Dogan

9
    DATED: August 17, 2017              /s/ Bruce Locke
10                                      For MICHAEL LONG
                                        Attorney for Antonia Brasley
11

12  DATED: August 17, 2017              /s/ Bruce Locke
                                        For CHRISTOPHER HALES
13                                      Attorney for the United States

14

15

16      The Court finds, for the reasons stated above, that the ends of justice served by granting

17  this continuance outweigh the best interests of the public and the defendants in a speedy trial, and,

18  therefore.

19      IT IS SO ORDERED.

20  DATED: _8/17/2017_____

21                                      /s/ John A. Mendez_____
                                        UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28
                                        2