**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: Mike.Long.Law@msn.com

Attorney for Defendant
ANTONIA BRASLEY

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br>ANTONIA BRASLEY, et al.,<br><br>Defendants | Case No.: Cr.S-16-198 JAM<br><br>**WAIVER OF APPEARANCE FOR DEFEDNANT ANTONIA BRASLEY**<br><br>**Judge: John A. Mendez** |

Defendant ANTONIA BRASLEY, hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when ordered by the court to be present.

Defendant ANTONIA BRASLEY, hereby requests the court to proceed in her absence. Defendant agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

Defendant further acknowledges that she has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized her undersigned

attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with her being personally present.

The original signed copy of this document will be kept in Mr. Long's file.

Dated: October 7, 2017                              Respectfully submitted,

/s/_____
By: ANTONIA BRASLEY
Defendant

/s/_____
By: Michael D. Long
Attorney for Defendant
ANTONIA BRASLEY

GOOD CAUSE APPEARING, Defendant ANTONIA BRASLEY's waiver of personal appearance is accepted by the court.  IT IS SO ORDERED.

Dated:  10/10/2017            /s/ John A. Mendez_____
                              Hon. John A. Mendez
                              United States District Court Judge