1    MCGREGOR W. SCOTT
     United States Attorney
2    CHRISTOPHER S. HALES
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone:  (916) 554-2700
     Facsimile:   (916) 554-2900
5

6    Attorneys for Plaintiff
     United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO.  2:16-CR-00198-JAM

12                        Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                          FINDINGS AND ORDER

14   KIONI M. DOGAN, and                    DATE: April 3, 2018
     ANTONIA BRASLEY                        TIME: 9:15 a.m.
15                                          COURT: Hon. John A. Mendez
                         Defendants.
16

17

18                              **STIPULATION**

19       1.      By previous order, this matter was set for status on April 3, 2018.

20       2.      By this stipulation, defendants now move to continue the status conference until May 8,

21   2018 at 9:15 a.m., and to exclude time between April 3, 2018, and May 8, 2018, under Local Code T4.

22       3.      The parties agree and stipulate, and request that the Court find the following:

23               a)      The government has represented that the discovery associated with this case

24   includes in excess of 3,000 pages, much of it consisting of voluminous tax records and bank

25   records.  All of this discovery has been either produced directly to counsel and/or made available

26   for inspection and copying.

27               b)      Counsel for defendants desire additional time in particular in order to continue

28   reviewing and analyzing the discovery in this case, as well as to conduct investigation and

research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.   In addition, as discussed when the parties appeared before the Court on February 13, 2018, counsel for defendant Dogan has recently entered the case in place of prior counsel, and is still in the process of reviewing discovery and analyzing the case.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 3, 2018 to May 8, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4         IT IS SO STIPULATED.

5

6  Dated:  March 30, 2018          PHILLIP A. TALBERT
                                   United States Attorney

7

8                                  /s/ CHRISTOPHER S. HALES
                                   CHRISTOPHER S. HALES
9                                  Assistant United States Attorney

10

11 Dated:  March 30, 2018          /s/ HAYES GABLE
                                   HAYES GABLE
12                                 Attorney for Defendant
                                   KIONI DOGAN

13

14 Dated:  March 30, 2018          /s/ MICHAEL LONG
                                   MICHAEL LONG
15                                 Attorney for Defendant
16                                 ANTONIA BRASLEY

17

18

19                       **FINDINGS AND ORDER**

20        IT IS SO FOUND AND ORDERED this 30th day of March, 2018.

21

22                                 /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
23                                 UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]        3
FINDINGS AND ORDER