MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
mike.long.law@msn.com

Attorney for Defendant
ANTONIA BRASLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             v.<br><br>KIONI M.DOGAN, and<br>ANTONIA L. BRASLEY,<br><br>                              Defendants. | CASE NO.  2:16-CR-00198-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 11, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.      By previous order, this matter was set for status on November 6, 2018.

2.      By this stipulation, defendants now move to continue the status conference until December 11, 2018 at 9:15 a.m. and to exclude time between November 6, 2018, and December 11, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes in excess of 3,000 pages, including multiple search warrants.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for both defendants desire additional time in particular in order to continue reviewing and analyzing the discovery in this case, as well as to conduct investigation and research related to the charges, to discuss the evidence and potential resolutions with their

1   clients, and to otherwise prepare for trial.  In particular, the defense is (1) acquiring records from

2   entities that may establish defenses to some of the allegations made in this case and (2)

3   attempting to corroborate information from witnesses that can be used concerning both trial and

4   sentencing issues.

5          c)      Counsel for defendants believe that failure to grant the above-requested

6   continuance would deny counsel the reasonable time necessary for effective preparation, taking

7   into account the exercise of due diligence.

8          d)      The government does not object to the continuance.

9          e)      Based on the above-stated findings, the ends of justice served by continuing the

10  case as requested outweigh the interest of the public and the defendant in a trial within the

11  original date prescribed by the Speedy Trial Act.

12         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13  et seq., within which trial must commence, the time period of November 6, 2018 to December

14  11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

15  Code T4] because it results from a continuance granted by the Court at defendants' request on

16  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

17  best interest of the public and the defendant in a speedy trial.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   ///

2   ///

3   ///

4          4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

5   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

6   must commence.

7          IT IS SO STIPULATED.

8

9   Dated:  October 31, 2018                         McGREGOR W. SCOTT
                                                     United States Attorney
10

11                                                   /s/ CHRISTOPHER S. HALES
                                                     CHRISTOPHER S. HALES
12                                                   Assistant United States Attorney

13

14  Dated:  October 31, 2018                         /s/ HAYES GABLE III
                                                     HAYES GABLE III
15                                                   Attorney for Defendant
                                                     KIONI DOGAN
16

17  Dated:  October 31, 2018                         /s/ MICHAEL LONG
                                                     MICHAEL LONG
18                                                   Attorney for Defendant
                                                     ANTONIA L. BRASLEY
19

20

21                                  **FINDINGS AND ORDER**

22          IT IS SO FOUND AND ORDERED this 1st day of November, 2018.

23

24                                                   /s/ John A. Mendez
                                                     JOHN A. MENDEZ
25                                                   UNITED STATES DISTRICT COURT JUDGE

26

27

28