MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ANTONIA BRASLEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 16-198 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR Ms, BRASLEY'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| ANTONIA BRASLEY, | ) OF SEPTEMBER 10, 2019 |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |
| ==============================) | |

Defendant Antonia Brasley is requesting a three-week continuance of his sentencing hearing, which is presently set for July 16, 2019.  AUSA Christopher Hales, on behalf of the United States Attorney's Office, and USPO Erica Tatum, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: September 10, 2019 at 9:15 a.m.

Reply, or Statement of Non-opposition: September 3, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 27, 2019

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: August 20, 2019

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: August 13, 2019

-1-

The proposed Presentence Report shall be disclosed to counsel no later than: July 30, 2019

Dated: June 26, 2019                    Respectfully submitted,

                                        /s/ Michael D. Long
                                        MICHAEL D. LONG
                                        Attorney for Antonia Brasley


Dated: June 26, 2019                    McGREGOR SCOTT
                                        United States Attorney

                                        /s/ Christopher Hales
                                        CHRISTOPHER HALES
                                        Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The Court hereby orders that the schedule for Ms. Brasley's pre-sentence report is amended as follows:

Judgment and Sentencing Date: September 10, 2019 at 9:15 a.m.

Reply, or Statement of Non-opposition: September 3, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 27, 2019

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: August 20, 2019

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: August 13, 2019

The proposed Presentence Report shall be disclosed to counsel no later than: July 30, 2019


Dated: June 26, 2019                    /s/ John A. Mendez
                                        Hon. JOHN A. MENDEZ
                                        United States District Court Judge